UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JOSE GUZMAN, ANGEL GAMERO,
Individually and on Behalf of All
Others Similarly Situated,
Plaintiffs,

v.                                    Civil No. 4:19-cv-00214

GS FIRE PROTECTION, LLC, and
BRENT A. EAKINS,
Defendants.

## CLERK'S ENTRY OF DEFAULT

On this 23rd day of May, 20 19, it appearing from the affidavit(s) in support of default of James D. Sanford, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

GS Fire Protection, LLC
Brent A. Eakins


DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord